**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **HELEN ANTONELLI** | : | Case No. 16-14945-JKF |
| | : | |
| | : | Chapter 7 |
| | : | |
| **Debtor** | : | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $71,435.95 is reasonable compensation for the services in this case by GARY F. SEITZ, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $116.04 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

Jean K. FitzSimon
United States Bankruptcy Judge

Dated: April 9, 2020